AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| RitcheyCraig, Lisa | United States Bankruptcy Court | 07/12/2017 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Active Bankruptcy Judge

**5a. Report Type** (check appropriate type)

[ ] Nomination     Date

[ ] Initial     [✔] Annual     [ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**

01/01/2016
to
12/31/2016

**7. Chambers or Office Address**

75 Ted Turner Dr. S.W. Room 1290 Atlanta, Ga 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | McCullough Payne Haan & Nadler LLC Former law firm. Resigned 3/2016 |
| 2. | Director | Southeastern Bankruptcy Law Institute. Resgined 3/2016 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✔] **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RitcheyCraig, Lisa | 07/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | McCullough Payne Haan & Nadler LLC | $37,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | unemployed |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/25/16-10/29/16 | San Francisco, CA | Education | Lodging reimbursment |
| 2. | State Bar of GA bankruptcy section | 09/29/2016-09/30/2016 | Greensboro, GA | Education | Lodging and subsistence reimbursment |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RitcheyCraig, Lisa | 07/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | McCullough Payne Haan & Nadler, LLC (Former Firm) | Judicial Robe | $396.00 |
| 2. | McCullough Payne Haan & Nadler, LLC (Former Firm) | Investiture cocktail party (see part 8) | $6,250.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | revolving credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RitcheyCraig, Lisa | 07/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Property, Hiwasssee Ga | | None | K | W | | | | | |
| 2. John Hancock 401K JH Ret to 2030 Managed Port | A | Interest | | | Closed | 10/03/16 | L | A | rollover to ML |
| 3. broker acct 1 | | | | | | | | | |
| 4. Charles Schwab MM acct | A | Interest | | | Closed | 11/15/16 | M | A | rollover to ML |
| 5. Roth IRA | | | | | | | | | |
| 6. Charles Schwab MM acct | A | Interest | | | Closed | 11/15/16 | J | A | rollover to ML |
| 7. SEP (H) | | | | | | | | | |
| 8. -Charles Schwab MM acct | A | Interest | | | Closed | 11/15/16 | L | A | rollover to ML |
| 9. Charter Bank Accts | A | Interest | K | T | | | | | |
| 10. Taylor Wimpey Common Stock | A | Dividend | J | T | | | | | |
| 11. NY Life whole life | A | Dividend | J | T | | | | | |
| 12. Charles Schwab custodial Roth IRA (h) | | | | | | | | | |
| 13. - Winstream Stock | A | Dividend | J | T | | | | | |
| 14. -- Communication Sales | A | Dividend | J | T | | | | | |
| 15. Merrill Lynch | | | | | | | | | |
| 16. -- cash equivilant IRA (RRA) | A | Int./Div. | J | T | Open | 10/03/16 | J | | |
| 17. -- IRA (MM Acct) | A | Int./Div. | N | T | Open | 10/03/16 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| RitcheyCraig, Lisa | 07/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V Gifts : The investiture cocktail party was hosted my former firm at the Capital City Club in Atlanta. I estimate there were approximately 125 people in attendance. I guestimate that the Firm paid approximately $50.00 per person for a total "guestimated" cost of $6250.00

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lisa RitcheyCraig**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544